No. 87–1979. CHESAPEAKE & OHIO RAILWAY CO. *v.* SCHWALB ET AL.; and

No. 88–127. NORFOLK & WESTERN RAILWAY CO. v. GOODE. Sup. Ct. Va. [Certiorari granted, 489 U. S. 1009.] Motion of respondents for divided argument denied.